**Motion Granted; Dismissed and Memorandum Opinion filed May 15, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00286-CV

## IN THE INTEREST OF E.L., A CHILD

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-05682J**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 2, 2014, terminating R.M.'s parental rights. On May 8, 2014, appellant filed a motion to dismiss the appeal because the trial court granted his motion for new trial. *See* Tex. R. App. P. 42.1. The motion to dismiss is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.